APRIL 29, 2002

No. 01–8606. JAMES v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and

certiorari dismissed.  See this Court's Rule 39.8.